**Order filed October 9, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00496-CV
_____

### ENTRUST, INC., Appellant

### V.

### MEMORIAL HERMANN HOSPITAL SYSTEM, Appellee

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-50875**

## O R D E R

On July 29, 2014, this court ordered the parties to mediation. The order states, in pertinent part, "If mediation fully resolves the issues in the case, the court **ORDERS** the parties to file a motion to dismiss the appeal, other dispositive motion, or a motion for additional time to file the dispositive motion, within **10 days** of the conclusion of the mediation." On September 24, 2014, the court was advised the parties had fully resolved the issues in the case. Accordingly, the parties had until October 6, 2014, to file a motion to dismiss, other dispositive

motion, or a motion for extension of time. The parties have not complied with this court's order.

Accordingly, we **ORDER** the parties to file a motion to dismiss, other dispositive motion, or a motion for an extension of time to file their dispositive motion within 10 days of the date of this order. *If the parties do not comply with this court's order within the designated time period, the court may dismiss the appeal or impose other sanctions, including contempt.*

PER CURIAM